IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blankenship Sr, Curtis R | Case Number: 08 B 02933 |
|---|---|---|
| | Blankenship, Theresa A | Judge: Goldgar, A. Benjamin |
| | Printed: 8/5/08 | Filed: 2/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 135.00 | |
| Secured: | | 127.71 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 7.29 |
| Other Funds: | | 0.00 |
| Totals: | 135.00 | 135.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,506.33 | 0.00 |
| 2. | SN Servicing Corporation | Secured | 113,437.37 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,304.82 | 127.71 |
| 4. | SN Servicing Corporation | Secured | 20,000.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 54.70 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 72.41 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 58.58 | 0.00 |
| 8. | Collection System | Unsecured | 2.67 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 76.64 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 153.85 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 128.06 | 0.00 |
| 12. | Illiana Surgery | Unsecured | 46.50 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 48.65 | 0.00 |
| 14. | Broadwest Radiology Services | Unsecured | 1.80 | 0.00 |
| 15. | Ford Motor Credit Corporation | Unsecured | 341.23 | 0.00 |
| 16. | Richard P Komyatte & Assoc | Unsecured | 13.05 | 0.00 |
| 17. | Richard P Komyatte & Assoc | Unsecured | 28.20 | 0.00 |
| 18. | Richard P Komyatte & Assoc | Unsecured | 11.20 | 0.00 |
| 19. | Richard P Komyatte & Assoc | Unsecured | 78.15 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 156.63 | 0.00 |
| 21. | Richard P Komyatte & Assoc | Unsecured | 399.00 | 0.00 |
| 22. | Illinois Dept Of Human Services | Unsecured | 16.00 | 0.00 |
| 23. | Nicor Gas | Unsecured | 59.07 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 13.00 | 0.00 |
| 25. | Verizon Wireless Midwest | Unsecured | 211.73 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blankenship Sr, Curtis R  
Blankenship, Theresa A  
Printed: 8/5/08

Case Number: 08 B 02933  
Judge: Goldgar, A. Benjamin  
Filed: 2/8/08

| # | Creditor | Type | Amount | Paid |
|---|---|---|---|---|
| 26. | Crescent Recovery | Unsecured | 493.95 | 0.00 |
| 27. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 28. | Cardio Specialist Group | Unsecured | | No Claim Filed |
| 29. | Community Hospital | Unsecured | | No Claim Filed |
| 30. | Community Hospital | Unsecured | | No Claim Filed |
| 31. | Credit Management Co. | Unsecured | | No Claim Filed |
| 32. | Encore | Unsecured | | No Claim Filed |
| 33. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 34. | Leading Edge | Unsecured | | No Claim Filed |
| 35. | Pierce & Associates | Unsecured | | No Claim Filed |
| 36. | CB USA | Unsecured | | No Claim Filed |
| 37. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| 38. | The Affiliated Group | Unsecured | | No Claim Filed |
| 39. | Professional Collection | Unsecured | | No Claim Filed |
| 40. | Sprint | Unsecured | | No Claim Filed |
| 41. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 42. | The Affiliated Group | Unsecured | | No Claim Filed |
| 43. | West Asset Management | Unsecured | | No Claim Filed |

$ 142,713.59        $ 127.71

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 7.29 |

$ 7.29

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: